# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RITA ROSA, | Case No. 2:17-cv-00874-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| WAL-MART STORES, INC., et al., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 11. Under Local Rule 26-1(b)(1), "[u]nless the court orders otherwise, discovery periods longer than 180 days from the date the first defendant answers or otherwise appears will require special scheduling review." Additionally, "[p]lans requesting special scheduling review must include . . . a statement of the reasons why longer or different time periods should apply to the case." The parties, however, calculate the discovery cut-off based on a date after the first defendant's first appearance in this action, without explaining why longer or different time periods should apply to this case. Docket No. 11 at 2. Additionally, the parties misstate Local Rule 26-4. *See id.*

Accordingly, the parties' stipulated proposed discovery plan and scheduling order, Docket No. 11, is hereby **DENIED**. The parties shall submit a stipulated proposed discovery plan and scheduling order that complies with the Local Rules, no later than April 19, 2017.

IT IS SO ORDERED.

DATED: April 12, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge